ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Burgos Group, LLC | ) ASBCA No. 63793 |
| | ) |
| Under Contract No. FA4814-20-D-0018 | ) |

APPEARANCES FOR THE APPELLANT:  Aron C. Beezley, Esq.
Nathaniel J. Greeson, Esq.
Owen E. Salyers, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Maj Oladipo O. Odejide, USAF
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 26, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63793, Appeal of Burgos Group, LLC, rendered in conformance with the Board's Charter.

Dated: March 26, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals